McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALEKSAS SERMUKSNIS,<br><br>　　　　　Defendant. | Case No. 1-07-MJ-158<br><br>MOTION AND ORDER FOR DISMISSAL AND RECALL OF WARRANT |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Michael G. Tierney, Assistant United States Attorney, hereby moves to: 1) dismiss the this matter in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure; and 2) Recall any bench warrant associated with the matter.

Defendant was sentenced on October 11, 2007. Dkt. 10. In July 2008, defendant and defense counsel reported partial completion of the terms of the defendant's sentence. Dkt. 14. Following the defendant's failure to appear for scheduled review hearings in October 2008, United States Magistrate Judge Sandra M. Snyder ordered a bench warrant to issue on October 23, 2008. Dkt. 16. The United

1

States believes that prosecution of potential probation violations is incompatible at this time with the interests of justice, given the lapse of time and potential insufficiency of evidence regarding several potential violations.

DATED: October 24, 2018

Respectfully submitted,
McGREGOR W. SCOTT
United States Attorney

By: /s/ Michael G. Tierney
MICHAEL G. TIERNEY
Assistant U.S. Attorney

<u>O</u> <u>R</u> <u>D</u> <u>E</u> <u>R</u>

IT IS HEREBY ORDERED that:

1) This matter is hereby **dismissed;** and

2) Any outstanding warrants and/or abstracts are **recalled.**

IT IS SO ORDERED.

Dated: __**October 24, 2018**__

UNITED STATES MAGISTRATE JUDGE